**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALDO DUILLIAMS OLMOS-QUIBAS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-02154-SHL-cgc |
| | ) | |
| MERRICK GARLAND, et al., | ) | |
| Respondents. | ) | |

**ORDER DISMISSING HABEAS PETITION WITHOUT PREJUDICE**

Pro se Petitioner Aldo Duilliams Olmos-Quibas filed the Emergency Motion for Temporary Restraining Order and Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 on February 12, 2026, alleging that his detention at Western Tennessee Detention Facility after being arrested by Immigration and Customs Enforcement earlier this year "is unlawful and exceeds ICE's statutory authority." (ECF No. 1 at PageID 3.) However, Olmos-Quibas failed to pay the civil filing fee or submit a form seeking leave to proceed in forma pauperis.[1] (ECF No. 4.) In accordance with the deficiency notice sent on February 17, Olmos-Quibas' Petition is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 10th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Olmos-Quibas can find more information about the applicable Local Rules in this Court at https://www.tnwd.uscourts.gov/local-rules. Further, Olmos-Quibas is encouraged to familiarize himself with the Federal Rules of Civil Procedure, available at the Cornell Law School Legal Information Institute website, https://www.law.cornell.edu/rules/frcp, if he engages in future litigation in the federal courts.