**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ALDO DUILLIAMS OLMOS-QUIBAS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:26-cv-02154-SHL-cgc |
| MERRICK GARLAND, et al., | ) ) ) | |
| Respondent. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Aldo Duilliams Olmos-Quibas' Pro Se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed February 12, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Habeas Petition Without Prejudice (ECF No. 7), filed April 10, 2026, Olmos-Quibas' requested habeas relief is **DENIED,** and his action is **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 10, 2026
Date